**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| High Desert Land Company, Inc., <br><br> Plaintiff, <br> vs. <br><br> Mohave Engineering Associates, Inc., <br><br> Defendant. | No. CV-07-8022-PCT-PGR <br><br> <u>ORDER</u> |

The parties having filed a Stipulation for Dismissal (doc. #32) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 29th day of April, 2008.

_____
Paul G. Rosenblatt
United States District Judge